UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:13-MJ-01195-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DANIEL JAY LOLLIS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the Government's motion to dismiss the criminal information [DE-1] and withdraw the arrest warrant [DE-7]. [DE-8]. The motion is ALLOWED, and this matter is dismissed and the arrest warrant is withdrawn.

SO ORDERED, this the 14th day of January 2016.

_____
Robert B. Jones, Jr.,
United States Magistrate Judge